IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HEATH WHITT, AIS 222052, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:22-cv-278-ECM |
| | )                                (WO) |
| OFFICER JACKSON, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On July 21, 2022, the Magistrate Judge entered a Recommendation (doc. 7) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim or, alternatively, pursuant to Fed. R. Civ. P. 41(b) for the Plaintiff's failure to comply with the orders of the Court. It is further

ORDERED the motion to proceed *in forma pauperis* (doc. 2) is DENIED as moot.

A separate Final Judgment will be entered.

DONE this 25th day of August, 2022.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE